IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MEERAN ALBADIRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0840 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 11, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 28), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Judgment on the Administrative Record (Docket No. 23) is **DENIED**, and the final decision of the Commissioner Social Security denying the plaintiff's claim for Supplemental Security Income benefits is **AFFIRMED**.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 30th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge